UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| DONNA M. SLICK, | * |
| *Plaintiff,* | * |
| v. | *   Civil Action No. 1:12-cv-3327-MJG |
| SCHLOSSBERG & ASSOCIATES, P.A., | * |
| *Defendant.* | * |

\* \* \* \* \* \* \* \* \* \* \* \*

**NOTIFICATION OF SETTLEMENT AND
REQUEST FOR SETTLEMENT ORDER**

The Plaintiff, by her undersigned counsel and with the consent of counsel for the Defendant, notifies the Court that this case has been settled and requests that the Court issue a Rule 111 Settlement Order. Each side will bear its own costs.

Date  December 13, 2012          /s/   *E. David Hoskins*
                                  E. David Hoskins
                                  Bar No.:  06705
                                  Law Offices of E. David Hoskins, LLC
                                  Quadrangle Building at Cross Keys
                                  2 Hamill Road, Ste. 362
                                  Baltimore, Maryland  21210
                                  (410) 662-6500
                                  (410) 662-7800  (*facsimile*)

**CERTIFICATE OF SERVICE**

The foregoing was served on all counsel of record using the ECF system.

                                  /s/   *E. David Hoskins*